JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, et al., | Case No. ED CV 15-1693-VAP (SP) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| SOLERA OAK VALLEY GREENS ASSOCIATION, et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Complaint Without Leave to Amend,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without leave to amend.

Dated: _October 8, 2015

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE